FORM 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DOMTAR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | **S U M M O N S** <br><br> Court No. 24-cv- 113 |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>
Plaintiff is Domtar Corporation ("Domtar"), a domestic producer of subject merchandise. Plaintiff participated as petitioner in the proceeding that led to the contested determination and is an interested party pursuant to 19 U.S.C. §1677(9)(C). Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>
Plaintiff contests certain aspects of the final results made by the International Trade Administration of the U.S. Department of Commerce in the first administrative review of the antidumping duty order on thermal paper from Germany. The final results were published as *Thermal Paper From the Federal Republic of Germany: Final Results of Antidumping Duty Administrative Review; 2021–2022*, 89 Fed. Reg. 47517 (Dep't Commerce June 3, 2024).

3. <u>Date of Determination</u>
The final results were issued on May 24, 2024. Plaintiff timely files this summons within thirty (30) days of the publication of the final results in the Federal Register. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).

39607125

4. <u>Date of Publication of Notice of Contested Determination</u>
   The final results were published in the Federal Register on June 3, 2024.

|  |  |
|---|---|
| <u>July 2, 2024</u><br>Date | */s/ Stephen J. Orava*<br>Stephen J. Orava<br>SOrava@KSLAW.com |

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006-4706
(202) 737-0500

39607125

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch- Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC  20230

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230

39607125