UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| DOMTAR CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                              Defendant. | Court No. 24-00113 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The above-captioned action challenges the Department of Commerce's final antidumping duty determination in *Thermal Paper From the Federal Republic of Germany: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 89 Fed. Reg. 47,517 (Dep't of Commerce June 3, 2024) (the "Final Results").

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade, defendant-intervenor Koehler Paper SE ("Koehler"), defendant-intervenors Matra Americas, LLC and Matra Atlantic GmbH (collectively "Matra"), plaintiff, Domtar Corporation ("Domtar"), and defendant, United States, respectfully submit this Joint Status Report and Proposed Briefing Schedule.

**I.      Joint Status Report**

Below, the parties address the matters enumerated in Rule 56.2(a) of the Rules of the United States Court of International Trade.

      **1.      Does the Court have jurisdiction over the action?**

Koehler, Matra, and Domtar agree that the Court has exclusive jurisdiction over this action pursuant to 19 U.S.C. § 1516a(a)(2) and 28 U.S.C. § 1581(c). Defendant, United States, is

- 2 -

unaware of any basis upon which to challenge jurisdiction at this time.

  **2. Should the case be consolidated with any other case or should any portion of the case be severed, and the reasons for such severance.**

 No. All parties agree that this case should not be consolidated with any other case and that no portion of the case should be severed.

  **3. Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

 No. All parties agree that there are no other cases pending consideration that would warrant a deferral for this case.

  **4. Should the court be aware of any other information at this time?**

 The parties are unaware of any other information of which the Court should be aware at this time.

**II. Proposed Briefing Schedule**

 The parties jointly, respectfully propose the following briefing schedule for motions for judgment on the agency record pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade:

| | |
|---|---|
| January 31, 2025: | Motions and accompanying briefs |
| April 1, 2025: | Response briefs |
| May 1, 2025: | Reply briefs |
| May 15, 2025: | Joint appendix |
| May 22, 2025: | Motions for oral argument |

A proposed scheduling order is attached.

                                                  Respectfully submitted,

Dated:  October 10, 2024       MORRIS MANNING & MARTIN LLP

                                             By:      */s/ R. Will Planert*
                                                                    R. Will Planert

1333 New Hampshire Avenue, NW
Suite 800
Washington, D.C. 20036
wplanert@mmmlaw.com
Tel.: +1 202 216 4819

*Attorneys for Matra Americas, LLC and Matra Atlantic GmbH*

Dated:  October 10, 2024       STEPTOE LLP

                                             By:      */s/ Thomas J. Trendl*
                                                          Thomas J. Trendl

1330 Connecticut Ave, NW
Washington, DC 20036
ttrendl@steptoe.com
Tel.: +1 202 429 8055

*Attorneys for Koehler Paper SE*

Dated:  October 10, 2024       KING & SPALDING LLP

                                             By:      */s/ Stephen J. Orava*
                                                        Stephen J. Orava

1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
sorava@kslaw.com
Tel.: +1 202 661 7937

*Attorneys for Domtar Corporation*

Dated: October 10, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

*/s/ Emma E. Bond*
EMMA E. BOND
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Email: Emma.E.Bond@usdoj.gov

Ruslan N. Klafehn
U.S. Department of Commerce
Office of the Chief Counsel of Trade Enforcement

*Attorneys for Defendant*

### UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| DOMTAR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Court No. 24-00113 |

### [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

Upon consideration of the parties' proposed briefing schedule and all other papers and proceedings herein, it is hereby ORDERED that:

1. Motions for judgment on the agency record and accompanying briefs shall be filed by January 31, 2025.

2. Response briefs shall be filed by April 1, 2025.

3. Reply briefs shall be filed by May 1, 2025.

4. Plaintiff shall file the joint appendix by May 15, 2025.

5. All motions for oral argument shall be filed by May 22, 2025.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

_____
The Honorable Gary S. Katzmann, Judge
U.S. Court of International Trade

Dated: _____